**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGELA SIMS,**

        **Plaintiff,**

**-vs-**                                              **Case No. 6:06-cv-638-Orl-31KRS**

**NAP FORD COMMUNITY SCHOOL,**
**INC.,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 42) filed July 6, 2007.

On July 11, 2007, the United States Magistrate Judge issued a report (Doc. No. 43) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.	That the Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice is **GRANTED**.  The settlement agreement, except for the confidentiality provisions, is **APPROVED**, all pending motions are **DENIED AS MOOT**, and the case is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 26th day of July, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party